SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| YEMIN JI, Derivatively on behalf of Nominal Defendant, KVH INDUSTRIES, INC., Plaintiff<br>v.<br>MARTIN A. KITS VAN HEYNINGEN, PATRICK J. SPRATT, ROBERT W.B. KITS VAN HEYNINGEN, ARENT H. KITS VAN HEYNINGEN, MARK S. AIN, STANLEY K. HONEY, BRUCE J. RYAN, and CHARLES R. TRIMBLE, Defendants<br>v.<br>KVH INDUSTRIES, INC., Nominal Defendant | C.A. No. 05-273/ML<br><br>**DEFENDANTS' MOTION FOR RELIEF FROM PAGE LIMITATIONS** |

Defendants Martin A. Kits Van Heyningen, et al. move pursuant to Amended General Order #2002-01 for leave to file a memorandum in support of a motion to dismiss not to exceed twenty five pages and an appended twenty four page exhibit.

Defendants file herewith a supporting memorandum.

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [fax]

John Henn, Esq.
Brandon F. White, Esq.
Matthew Baltay, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
(617) 832-7000 [fax]

Date: August 17, 2005

CERTIFICATE OF SERVICE

TO:

Peter N. Wasylyk, Esq.
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

I hereby certify that I served on the above-named counsel a copy of the within Defendants' Motion for Relief From Page Limitations by mailing first class mail, postage prepaid, on the 17th day of August, 2005.

[signature]

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| YEMIN JI, Derivatively on behalf of Nominal Defendant, KVH INDUSTRIES, INC., Plaintiff<br>v.<br>MARTIN A. KITS VAN HEYNINGEN, PATRICK J. SPRATT, ROBERT W.B. KITS VAN HEYNINGEN, ARENT H. KITS VAN HEYNINGEN, MARK S. AIN, STANLEY K. HONEY, BRUCE J. RYAN, and CHARLES R. TRIMBLE, Defendants<br>v.<br>KVH INDUSTRIES, INC., Nominal Defendant | C.A. No. 05-273/ML |

**MEMORANDUM IN SUPPORT OF DEFENDANTS'**
**MOTION FOR RELIEF FROM PAGE LIMITATIONS**

Defendants Martin A. Kits Van Heyningen, et al. move pursuant to Amended General Order #2002-01 for leave to file a memorandum in support of a motion to dismiss not to exceed twenty five pages and an appended twenty four page exhibit.

In this shareholder derivative action plaintiff seeks, on behalf of KVH Industries, Inc., to remedy alleged misdeeds by various officers and directors from October 1, 2003 to the date of the commencement of this action. This action is substantially similar to another action, Hamid Mehrvar v. Martin A. Kits Van Heyningen, et al., pending in the Providence County Superior Court. Defendants anticipate moving this Court to abstain from adjudicating this matter under the doctrine articulated in Colorado River Water Conservation Dist. v. United States, 424 U.S. 800 (1976), because the Superior Court is already adjudicating the same claims raised in this action. Because of the number and complexity of issues raised in plaintiff's 48-page complaint, defendants anticipate requiring up to twenty five pages to adequately brief their motion to dismiss. Defendants also anticipate appending a copy of the Mehrvar complaint,

which is twenty four pages long.

For these reasons defendants request relief from page limitations, as set forth above.

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [fax]

John Henn, Esq.
Brandon F. White, Esq.
Matthew Baltay, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
(617) 832-7000 [fax]

Date: August 17, 2005

CERTIFICATE OF SERVICE

TO:

Peter N. Wasylyk, Esq.
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

I hereby certify that I served on the above-named counsel a copy of the within Memorandum In Support Of Defendants' Motion for Relief From Page Limitations by mailing first class mail, postage prepaid, on the 17th day of August, 2005.

______________________