UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| YEMIN JI, Derivatively on behalf of Nominal Defendant, KVH INDUSTRIES, INC., Plaintiff | C.A. No. 05-273ML |
| v. | |
| MARTIN A. KITS VAN HEYNINGEN, PATRICK J. SPRATT, ROBERT W.B. KITS VAN HEYNINGEN, ARENT H. KITS VAN HEYNINGEN, MARK S. AIN, STANLEY K. HONEY, BRUCE J. RYAN, and CHARLES R. TRIMBLE, Defendants | **DEFENDANTS' MOTION FOR RELIEF FROM PAGE LIMITATIONS** |
| v. | |
| KVH INDUSTRIES, INC., Nominal Defendant | |

Defendants Martin A. Kits Van Heyningen, et al. move pursuant to Amended General Order #2002-01 for leave to file a memorandum in support of a motion to dismiss not to exceed twenty five pages and an appended twenty four page exhibit.

Defendants file herewith a supporting memorandum.

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [fax]

John Henn, Esq.
Brandon F. White, Esq.
Matthew Baltay, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
(617) 832-7000 [fax]

Granted.
Mary M. Lisi
US DJ 8/18/05

Date: August 17, 2005