UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
SEP 01 2005

| | |
|---|---|
| YEMIN JI, derivatively on behalf of Nominal Defendant, KVH INDUSTRIES, INC., Plaintiff, v. MARTIN A. KITS VAN HEYNINGEN, PATRICK J. SPRATT, ROBERT W.B. KITS VAN HEYNINGEN, ARENT H. KITS VAN HEYNINGEN, MARK S. AIN, STANLEY K. HONEY, BRUCE J. RYAN, and CHARLES R. TRIMBLE, Defendants, and KVH INDUSTRIES, INC., Nominal Defendant. | Case No. 05-273-ML |

Enter: Mary M. Lisi USDJ 9/6/05

**STIPULATION**

It is hereby stipulated and agreed to by and between counsel for the respective parties that Plaintiff shall have up to and including October 3, 2005 to file Plaintiff's response to Defendants' Motion for this Court to Refrain from Exercising Jurisdiction and Defendants shall have up to and including November 3. 2005 to file Defendants' Reply Brief. It is hereby further agreed that in the event the Motion to Refrain from Exercising Jurisdiction is denied in whole or in part, and

Defendants are required to respond further to the complaint, such response shall be due 30 days following the Court's ruling.

Dated: August 31, 2005

PLAINTIFF,

By his Attorney,

Peter N. Wasylyk (by BRM)

Peter N. Wasylyk, Esq., # 3351
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6964

DEFENDANTS

By their Attorney,

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Telephone: (401) 421-3060
Facsimile: (401) 272-6803

CERTIFICATE OF SERVICE

TO:

Peter N. Wasylyk, Esq.
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

I hereby certify that I served on the above-named counsel a copy of the within stipulation by first class mail, postage prepaid, on the 1st day of September, 2005.

[signature]