**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| YEMIN JI, derivatively on behalf of Nominal Defendant, KVH INDUSTRIES, INC., | Case No. CA-05-273-T |
| Plaintiff, | |
| v. | |
| MARTIN A. KITS VAN HEYNINGEN, PATRICK J. SPRATT, ROBERT W.B. KITS VAN HEYNINGEN, ARENT H. KITS VAN HEYNINGEN, MARK S. AIN, STANLEY K. HONEY, BRUCE J. RYAN AND CHARLES R. TRIMBLE, | |
| Defendants, | |
| and | |
| KVH INDUSTRIES, INC., | |
| Nominal Defendant. | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF RESPONSE TO DEFENDANTS' MOTION FOR COURT TO ABSTAIN FROM EXERCISING JURISDICTION**

Plaintiff submits this Memorandum in Response to Defendants' Motion for this Court to Abstain from Exercising Jurisdiction. Defendants requested that this Court abstain from exercising jurisdiction and dismiss the matter based on the factors set forth in Colorado River Water District Conservation District v. United States, 424 U.S. 800 (1976). As explained below, the state court case upon which Defendants relied in asserting this Motion has since been dismissed; therefore, the Motion should be denied as moot.

**BACKGROUND AND FACTS**

Plaintiff filed this action on June 20, 2005, derivatively on behalf of Nominal Defendant KVH Industries, Inc. ("KVH" or the "Company"), alleging claims against certain officers and directors of the Company, i.e., Martin A. Kits van Heyningen, ("M. Kits van Heyningen"), Patrick J. Spratt ("Spratt"), Robert W.B. Kits van Heyningen ("R. Kits van Heyningen"), Arent H. Kits van Heyningen ("A. Kits van Heyningen"), Mark S. Ain ("Ain"), Stanley K. Honey ("Honey"), Bruce J. Ryan ("Ryan"), Charles R. Trimble ("Trimble"), based on violations of state law, including breaches of fiduciary duties, abuse of control, gross mismanagement, waste of corporate assets, insider selling, misappropriation of information and unjust enrichment. Plaintiff also asserts claims under federal law pursuant to the Sarbanes-Oxley Act, 15 U.S.C. § 7243.

On August 16, 2004, a similar state related shareholder derivative action was filed in the State of Rhode Island and Providence Plantations Superior Court. (*Hamid Mehrvar, Derivatively on Behalf of KVH Industries, Inc. v. Martin Kits van Heyningen, et. al.*, No. 04-375 ("Mehrvar")). As Defendants noted in their initial Motion, the defendants in the state court action had previously filed a Motion to Dismiss based on the plaintiff's alleged failure to adequately plead demand futility and the state court heard argument on the motion on May 26, 2005, taking the matter under advisement. On September 27, 2005, the state district court granted the Motion, dismissing the state case. *See Mehrvar* Decision, dated September 27, 2005, attached hereto as Exhibit "A".

## ARGUMENT

In *Colorado River*, the Supreme Court ruled that if exceptional circumstances exist, the pendency of an action in a state court that is parallel to a federal court proceeding may allow a federal court to abstain from exercising jurisdiction over the federal matter. *Colorado River*, 424 U.S. at 817. Here, the state court case upon which Defendants relied in asserting their Motion for Abstention has been dismissed, thus, a valid basis for the Motion no longer exists. Therefore, the Court should deny Defendants' Motion for Abstention as moot.

Further, even assuming that the plaintiffs in the state court case appeal the state district court's dismissal of their lawsuit, the Court's ruling in this case is not affected as the state court's dismissal completely alters the character of the state court case. The Colorado River Doctrine is based primarily on the existence of a parallel case in state court. *Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1 (1983). The First Circuit has recognized the following factors to consider in determining whether 'exceptional circumstances' exist to support a motion to abstain: (1) whether either court has assumed jurisdiction over a *res*; (2) the inconvenience of the federal forum; (3) the desirability of avoiding piecemeal litigation; (4) the order in which the forums obtained jurisdiction; (5) whether state or federal law controls; and (6) the adequacy of the state forum to protect the parties' interests. *Villa Marina Yacht Sales, Inc. v. Hatteras Yachts*, 947 F.2d 529, 532 (1st Cir. 1991). Here, assuming *arguendo* that the federal and state court cases were parallel prior to the state court dismissal, the state court case is certainly not parallel to this lawsuit following its recent dismissal. In the state court case, the only issue is whether the plaintiffs failed to sufficiently plead

demand futility. There is no issue, nor did the parties file any motion related to the merits of this lawsuit. Additionally, even if the state court case decision is appealed, a pending appeal based solely on whether the plaintiffs failed to sufficiently plead demand futility does not adequately protect the interest of the parties in this case regarding the actual merits of this lawsuit. Thus, Defendants' Motion for Abstention remains moot and should be denied accordingly.

As Defendants note in their Motion, there is currently a related federal securities law class action filed against KVH in this Court, *Sekuk Global Enters. V. KVH Indus., Inc., et. al.*, C.A. No. 04-306-ML (the "Securities Lawsuit"). In order to avoid unnecessary litigation costs and for judicial economy, Plaintiff notes that he is willing to stay this matter pending resolution of the Motion to Dismiss currently pending in the Securities Lawsuit.

Respectfully Submitted,

Peter N. Wasylyk
**LAW OFFICES OF**
**PETER N. WASYLYK**
1307 Chalkstone Avenue
Providence, RI 02908
Phone: (401) 831-7730
Fax: (401) 861-6064

- and -

William B. Federman
**FEDERMAN & SHERWOOD**
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
Phone: (405) 235-1560
Fax: (405) 239-2112

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2005, a true and correct copy of the above and foregoing instrument was mailed with sufficient postage prepaid thereon, to:

Brandon F. White
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
*Attorneys for Defendants*



C:\Program Files\America Online 7.0\download\MemRespMtnAbstain.doc