**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| YEMIN JI, Derivatively on behalf of Nominal Defendant, KVH INDUSTRIES, INC., Plaintiff | C.A. No. 05-0273/ML |
| v. | |
| MARTIN A. KITS VAN HEYNINGEN, PATRICK J. SPRATT, ROBERT W.B. KITS VAN HEYNINGEN, ARENT H. KITS VAN HEYNINGEN, MARK S. AIN, STANLEY K. HONEY, BRUCE J. RYAN, and CHARLES R. TRIMBLE, Defendants | **MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE** |
| v. | |
| KVH INDUSTRIES, INC., Nominal Defendant | |

Defendants MARTIN A. KITS VAN HEYNINGEN, et. al. hereby move that MATTHEW C. BALTAY, ESQ. be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- ✓ The case involves the following complex area of the law, in which pro hac vice counsel specializes: Shareholders' derivative action.
- ✓ Pro hac vice counsel's long-standing representation of the client: Martin A. Kits Van Heyningen
- The local trial bar lacks experience in the field of:____________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ____________________
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ____________________.
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: ____________________.

Defendants
By [signature]
Attorneys for Martin A. Kits Van Heyningen, et al.

Brooks R. Magratten, Esq. #3585
VETTER & WHITE
20 Washington Place
Providence, RI 02903
tel: (401) 421-3060

DATED: 12/2/05

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member in good standing of the bar of the State(s) of Massachusetts, New York and the following federal district court bars(s) District of Massachusetts, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:

________________________________________

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Matthew C. Baltay, Esq. | Brooks R. Magratten, Esq.<br>Local Associate Counsel |
| [signature] | R.I. Bar ID #3585 |
| Foley Hoag, LLP<br>Firm Name | Vetter & White<br>Firm Name |
| 155 Seaport Blvd. | 20 Washington Place |
| Boston, MA 02210<br>Business Address | Providence, Rhode Island 02903<br>Business Address |
| 617-832-1000 Tel. #   617-832-7000 Fax # | (401) 421-3060 Tel. #   (401) 272-6803 Fax # |

---

**ORDER:** This motion is hereby ____________________.

____________________
U.S. District Judge

Dated: ____________

# CERTIFICATE OF SERVICE

TO:

Matthew F. Medeiros, Esq.
Little Medeiros Kinder Bulman
& Whitney, PC
72 Pine Street
Providence, RI 02903

Barry J. Kusinitz, Esq.
155 South Main Street
Suite 405
Providence, RI 02903

David A. Rosenfeld, Esq.
Lerach Coughlin Stoia Geller
Rudman & Robbins
200 Broadhollow Road, Suite 406
Melville, NY 11747

I hereby certify that I served on the above-named counsel a copy of the within Motion For Entry of Appearance Pro Hac Vice by mailing first class mail, postage prepaid, on the 5th day of December, 2005.

Lisa A. Lariviere