STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: NC-2004-0375 HAMID MEHRVAR ET AL VS MARTIN KITS VAN HEYNINGEN E

Filing Date: 08-17-2004
Case Status: CLOSED AT OTHER CALENDAR

Case Type: OTHER CIVIL ACTION
Status Date: 10-07-2005

| | |
|---|---|
| Plaintiff: HAMID MEHRVAR<br>ID: @10173574 | Attorney: JEREMIAH LYNCH |
| Plaintiff: KVH INDUSTRIES<br>ID: @10258803 | |
| Defendant: MARKAIN<br>ID: @10173569 | Attorney: BROOKS MAGRATTEN |
| Defendant: STANLEY HONEY<br>ID: @10173570 | Attorney: BROOKS MAGRATTEN |
| Defendant: ARENT HEYNINGEN<br>ID: @10173571 | Attorney: UNKNOWN ATTORNEY |
| Defendant: MARTIN KITSVANHEYNINGE<br>ID: @10173572 | Attorney: BROOKS MAGRATTEN |
| Defendant: ROBERT KITSVANHEYNINGE<br>ID: @10173573 | Attorney: BROOKS MAGRATTEN |
| Defendant: BRUCE RYAN<br>ID: @10173575 | Attorney: UNKNOWN ATTORNEY |
| Defendant: PATRICK SPRATT<br>ID: @10173576 | Attorney: UNKNOWN ATTORNEY |
| Defendant: CHARLES TRIMBLE<br>ID: @10173577 | Attorney: UNKNOWN ATTORNEY |
| Defendant: KVH INDUSTRIESINC<br>ID: @10258802 | Attorney: UNKNOWN ATTORNEY<br>Attorney: JEREMIAH LYNCH |

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 08-17-2004 | COMPLAINT FILED | |
| 09-07-2004 | SUMMONS,PROOF OF SERVICE FILED | (3 FILED) |
| 09-16-2004 | STIPULA FILED,EXTEN OF TIME | DEFENDANT HAS UNTIL 10-12-2004 TO RESPOND. |
| 09-23-2004 | MOTION | DEFTS' MOTION TO TRANSFER TO PROVIDENCE COUNTY BUSINESS CALENDAR OR ASSIGN TO A SINGLE JUSTICE. *****SEE ATTACHED LETTER***** |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: NC-2004-0375 HAMID MEHRVAR ET AL VS MARTIN KITS VAN HEYNINGEN E

| | | |
|---|---|---|
| 10-18-2004 | STIPULA FILED,EXTEN OF TIME | DEFENDANTS HAVE UNTIL 10-22-04 TO RESPOND. |
| 10-27-2004 | STIPULA FILED,EXTEN OF TIME | DEFENDANTS HAVE UNTIL 11-05-04 TO RESPOND. |
| 11-05-2004 | MEMO IN SUPPORT MOT TO DISMISS | DEFT'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS DERIVATIVE COMPLAINT |
| 11-05-2004 | DOCUMENT(S) FILED | COMPENDUM OF AUTHORITIES ***FILED IN 6TH FLOOR VAULT*** IN PROV. SUPERIOR CT. |
| 12-15-2004 | CASE TRANSFERRED PROV CTY | ATT: JEAN MAGGIACOMO TO BE HEARD BEFORE JUDGE SILVERSTEIN ON THE BUSINESS CALENDAR. |
| 12-17-2004 | STIPULATION FILED | BY AGREEMENT THAT ALL DISCOVERY IS STAYED UNTIL FURTHER ORDER OF THECOURT OR AGREEMENT OF THE PARTIES. |
| 12-21-2004 | CASE REC'D FROM WASHINGTON CTY | |
| 01-04-2005 | MOTION TO DISMISS | DERIVATIVE COMPLAINT *CASE TRANSFERRED TO PROVIDENCE* JUSTICE: STEPHEN FORTUNATO |
| 01-04-2005 | PASSED | |
| 01-04-2005 | MOTION TO DISMISS | CONVERSION -EVENT HISTORY- JUDGE FORTUNATO |
| 01-18-2005 | MOTION TO APPEAR PRO HAC VICE | FOR ATTNY BRANDON WHITE TO ENTER RI ATTNY BROOKS MCGRATTEN JUSTICE: ALLEN RUBINE |
| 01-18-2005 | GRANTED | |
| 01-18-2005 | MOTION TO APPEAR PRO HAC VICE | CONVERSION -EVENT HISTORY- |
| 02-01-2005 | ORDER PRO HAC VICE GRANTED | JUSTICE: ALLEN RUBINE |
| 02-01-2005 | GRANTED | |
| 02-07-2005 | MOTION TO AMEND COMPLAINT | OTE JUSTICE: ALLEN RUBINE |
| 02-07-2005 | GRANTED | |
| 02-07-2005 | ORDER, MOT TO AMEND COMPLAINT | MUST RESPOND BY 3/18 JUSTICE: ALLEN RUBINE |
| 02-07-2005 | GRANTED | |
| 02-07-2005 | MOTION TO AMEND COMPLAINT | CONVERSION -EVENT HISTORY- |
| 02-21-2005 | AMENDED COMPLAINT FILED | BY PLAINTIFFS |
| 03-18-2005 | EXHIBITS FILED IN CASE | ***FILED IN 6TH FLOOR VAULT*** IN PROV. SUPERIOR CT. |
| 03-18-2005 | MEMO IN SUPPORT MOT TO DISMISS | |
| 03-18-2005 | STATUS CONFERENCE | CONVERSION -EVENT HISTORY- |
| 05-03-2005 | ORDER PRO HAC VICE GRANTED | JEFFERY P FINK IS ADMITTED JUSTICE: ALLEN RUBINE |
| 05-03-2005 | GRANTED | |
| 05-03-2005 | MOTION TO APPEAR PRO HAC VICE | OTE JUSTICE: ALLEN RUBINE |
| 05-03-2005 | GRANTED | |
| 05-03-2005 | MOTION TO APPEAR PRO HAC VICE | CONVERSION -EVENT HISTORY- |
| 05-18-2005 | MOTION TO DISMISS | CONVERSION -EVENT HISTORY- |
| 05-26-2005 | MOTION TO DISMISS | DECISION TO BE RENDERED AT A LATER DATE |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: NC-2004-0375 HAMID MEHRVAR ET AL VS MARTIN KITS VAN HEYNINGEN E

| | | |
|---|---|---|
| | | JUSTICE: ALLEN RUBINE |
| 05-26-2005 | RESERVED | |
| 05-26-2005 | MOTION TO DISMISS | CONVERSION -EVENT HISTORY- |
| 09-27-2005 | RESCRIPT FILED | RUBINE,J<br>BECAUSE THE DEFTS HAVE FAILED TO SHOW ACTUAL PREJUDICE,DEFTS MOTION TO DISMISS IS GRANTED WITHOUT PREJUDICE. THE PARTIES SHALL PREPARE & SUBMIT A FORM OF ORDER REFLECTING THIS DISPOSITION. |
| 10-07-2005 | JUDGMENT ENTERED AT OTHER CAL | |