FILED
JAN 18 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

YEMIN JI, derivatively on behalf of Nominal Defendant, KVH INDUSTRIES, INC.,

Plaintiff,

v.

MARTIN A. KITS VAN HEYNINGEN, PATRICK J. SPRATT, ROBERT W.B. KITS VAN HEYNINGEN, ARENT H. KITS VAN HEYNINGEN, MARK S. AIN, STANLEY K. HONEY, BRUCE J. RYAN AND CHARLES R. TRIMBLE,

Defendants,

and

KVH INDUSTRIES, INC.,

Nominal Defendant.

Case No. CA-05-273-ML

**JOINT MOTION FOR ENLARGEMENT OF TIME FOR BRIEFING AND PROPOSED ORDER**

WHEREAS, the Defendants have filed a Motion to Dismiss the Shareholders' Verified Shareholder Derivative Complaint ("Motion to Dismiss") on January 5, 2006; Plaintiff and Defendants hereby move for an extension of time, through February 17, 2006, for Plaintiff to respond to Defendants' Motion to Dismiss; and through March 20, 2006, for Defendants to file their reply.

Granted.
Mary M. Lisi USDJ 1/19/06

Parties require the additional time to adequately respond to Defendants' Motion to Dismiss because there are complex issues involved that will require extensive briefing.

Respectfully Submitted,

Attorneys for Plaintiff,

Peter N. Wasylyk /bm
Peter N. Wasylyk
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
(401) 831-7730/Fax: (401) 861-6064

William B. Federman
FEDERMAN & SHERWOOD
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
(405) 235-1560/Fax: (405) 239-2112

Attorneys for Defendants

Brooks R. Magratten #3585
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, RI 02903
(401) 421-3060/Fax: (401) 272-6803

Brandon F. White
Matthew C. Baltay
Kalun Lee
FOLEY HOAG, LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 832-1000/Fax: (617) 832-7000

## CERTIFICATE OF SERVICE

TO:

Peter N. Wasylyk, Esq.
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

William B. Federman, Esq.
Federman & Sherwood
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102

I hereby certify that I served on the above named counsel a copy of the within Joint Motion For Enlargement Of Time For Briefing And Proposed Order by first class mail, postage prepaid, on the 18th day of January, 2006.

Melaine Soretti