UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| YEMIN JI, derivatively on behalf of Nominal Defendant, KVH INDUSTRIES, INC., Plaintiff, v. MARTIN A. KITS VAN HEYNINGEN, PATRICK J. SPRATT, ROBERT W.B. KITS VAN HEYNINGEN, ARENT H. KITS VAN HEYNINGEN, MARK S. AIN, STANLEY K. HONEY, BRUCE J. RYAN AND CHARLES R. TRIMBLE, Defendants, and KVH INDUSTRIES, INC., Nominal Defendant. | Case No. CA-05-273-ML |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR BRIEFING AND PROPOSED ORDER**

Plaintiff hereby moves for a further extension of time through February 27, 2006, to object to Defendants' Motion to Dismiss the Shareholders' Verified Shareholder Derivative Complaint ("Motion to Dismiss"), and through March 27, 2006, for Defendants to file their reply thereto. As grounds for this motion, Plaintiff states:

1. Defendants filed their Motion to Dismiss on January 5, 2006 and the Court granted its first extension to the parties on January 19, 2006, giving Plaintiff an

additional thirty days to object to the Motion to Dismiss and Defendants thirty days thereafter to reply;

2. While Plaintiff's objection is currently due on February 17, 2006, Plaintiff requires additional time to adequately respond to Defendants' Motion to Dismiss because there are complex issues involved that will require extensive briefing; and

3. Defendants do not oppose this motion.

Respectfully Submitted,

Attorneys for Plaintiff,

Peter N. Wasylyk
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
(401) 831-7730/Fax: (401) 861-6064

William B. Federman
FEDERMAN & SHERWOOD
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
(405) 235-1560/Fax: (405) 239-2112

**CERTIFICATE OF SERVICE**

I hereby certify that I served on the below named counsel a copy of Plaintiff's Unopposed Motion for Enlargement of Time for Briefing and Proposed Order by first class mail, postage prepaid, on the 16th day of February, 2006.

____________________________

Brooks R. Margratten
VETTER & WHITE
20 Washington Place
Providence, RI 02903

and

Brandon F. White
Matthew C. Baltay
Kalun Lee
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210

**CERTIFICATE OF SERVICE**

I hereby certify that I served on the below named counsel a copy of Plaintiff's Unopposed Motion for Enlargement of Time for Briefing and Proposed Order by first class mail, postage prepaid, on the 16th day of February, 2006.

Brooks R. Margratten
VETTER & WHITE
20 Washington Place
Providence, RI 02903

and

Brandon F. White
Matthew C. Baltay
Kalun Lee
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| YEMIN JI, derivatively on behalf of Nominal Defendant, KVH INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN A. KITS VAN HEYNINGEN, PATRICK J. SPRATT, ROBERT W.B. KITS VAN HEYNINGEN, ARENT H. KITS VAN HEYNINGEN, MARK S. AIN, STANLEY K. HONEY, BRUCE J. RYAN AND CHARLES R. TRIMBLE,<br><br>Defendants,<br><br>and<br><br>KVH INDUSTRIES, INC.,<br><br>Nominal Defendant. | Case No. CA-05-273-ML |

**[PROPOSED] ORDER**

IT IS ORDERED that Plaintiff's response to the Defendants' Motion to Dismiss will be due on February 27, 2006; and Defendants' reply to Plaintiff's response shall be due on March 27, 2006.

DATED this ___ day of February, 2006.

THE HONORABLE MARY M. LISI,
JUDGE OF THE DISTRICT COURT