RECEIVED

FEB 16 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| YEMIN JI, derivatively on behalf of Nominal Defendant, KVH INDUSTRIES, INC., Plaintiff, v. MARTIN A. KITS VAN HEYNINGEN, PATRICK J. SPRATT, ROBERT W.B. KITS VAN HEYNINGEN, ARENT H. KITS VAN HEYNINGEN, MARK S. AIN, STANLEY K. HONEY, BRUCE J. RYAN AND CHARLES R. TRIMBLE, Defendants, and KVH INDUSTRIES, INC., Nominal Defendant. | Case No. CA-05-273-ML |

**[PROPOSED] ORDER**

IT IS ORDERED that Plaintiff's response to the Defendants' Motion to Dismiss will be due on February 27, 2006; and Defendants' reply to Plaintiff's response shall be due on March 27, 2006.

DATED this 16th day of February, 2006.

Mary M. Lisi

THE HONORABLE MARY M. LISI,
JUDGE OF THE DISTRICT COURT