UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**YEMIN JI, derivatively on behalf of nominal defendant, KVH INDUSTRIES, INC.**

**VS.** **C.A. NO. 05-273ML**

**MARTIN A. KITS VAN HEYNINGEN, PATRICK J. SPRATT, ROBERT W.B. KITS VAN HEYNINGEN, ARENT H. KITS VAN HEYNINGEN, MARK S. AIN, STANLEY K. HONEY, BRUCE J. RYAN and CHARLES R. TRIMBLE**

**JUDGMENT**

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendants, Martin A. Kits Van Heyningen, Patrick J. Spratt, Robert W.B. Kits Van Heyningen, Arent H. Kits Van Heyningen, Mark S. Ain, Stanley K. Honey, Bruce J. Ryan and Charles R. Trimble, against the plaintiff, Yemin Ji, derivatively on behalf of nominal defendant, KVH Industries, Inc., pursuant to the Memorandum and Order dated August 29, 2006 GRANTING Defendants' Motion to Dismiss.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: August 29, 2006