**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| YEMIN JI, derivatively on behalf of Nominal Defendant, KVH INDUSTRIES, INC., | Case No. CA-05-273-ML |
| Plaintiff, | |
| v. | |
| MARTIN A. KITS VAN HEYNINGEN, PATRICK J. SPRATT, ROBERT W.B. KITS VAN HEYNINGEN, ARENT H. KITS VAN HEYNINGEN, MARK S. AIN, STANLEY K. HONEY, BRUCE J. RYAN AND CHARLES R. TRIMBLE, | |
| Defendants, | |
| and | |
| KVH INDUSTRIES, INC., | |
| Nominal Defendant. | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Yemin Ji ("Ji" or "Plaintiff"), derivatively on behalf of Nominal Defendant KVH Industries, Inc., hereby appeals to the United States Court of Appeals for the First Circuit from (1) the Memorandum and Order entered on August 29, 2006, granting the Defendants' Motion to Dismiss and (2) the Judgment entered August 29, 2006 (pursuant to the Memorandum and Order entered August 29, 2006 granting Defendants' Motion to Dismiss); in favor of Defendants Martin A. Kits Van Heyningen, Patrick J. Spratt, Robert W.B. Kits Van Heyningen, Arent H. Kits Van Heyningen, Mark S. Ain, Stanley K. Honey, Bruce J. Ryan and Charles R. Trimble and against the Plaintiff, Yemin Ji, derivatively on behalf of Nominal Defendant KVH Industries, Inc. Plaintiff files this appeal against all Defendants and the Nominal Defendant.

Respectfully submitted,

Peter N. Wasylyk
**LAW OFFICES OF**
**PETER N. WASYLYK**
1307 Chalkstone Avenue
Providence, RI 02908
Phone: (401) 831-7730
Fax: (401) 861-6064

- and -

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Fax: (405) 239-2112
wfederman@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2006, a true and correct copy of the above and foregoing instrument was mailed with sufficient postage prepaid thereon, to:

Brandon F. White
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

*Attorneys for Defendants*

Brooks R. Magratten
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, RI 02903

*Attorneys for Defendants*

Peter N. Wasylyk