UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| YEMIN JI, derivatively on behalf of Nominal Defendant, KVH INDUSTRIES, INC., | ) Case No. CA-05-273-ML |
| Plaintiff, | ) |
| v. | ) |
| MARTIN A. KITS VAN HEYNINGEN, PATRICK J. SPRATT, ROBERT W.B. KITS VAN HEYNINGEN, ARENT H. KITS VAN HEYNINGEN, MARK S. AIN, STANLEY K. HONEY, BRUCE J. RYAN AND CHARLES R. TRIMBLE, | ) |
| Defendants, | ) |
| and | ) |
| KVH INDUSTRIES, INC., | ) |
| Nominal Defendant. | ) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, effective immediately, FEDERMAN & SHERWOOD has moved. The firm's new mailing address is as follows:

**FEDERMAN & SHERWOOD**
**10205 N. Pennsylvania Ave.**
**Oklahoma City, OK 73120**
**Telephone: (405) 235-1560**
**Facsimile: (405) 239-2112**

Respectfully submitted,

Peter N. Wasylyk
**LAW OFFICES OF**
**PETER N. WASYLYK**
1307 Chalkstone Avenue
Providence, RI 02908
Phone: (401) 831-7730
Fax: (401) 861-6064

- and -

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Fax: (405) 239-2112
wfederman@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2006, a true and correct copy of the above and foregoing instrument was mailed with sufficient postage prepaid thereon, to:

Brandon F. White
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

*Attorneys for Defendants*

Brooks R. Magratten
VETTER & WHITE, INCORPORATED
20 Washington Place
Providence, RI 02903

*Attorneys for Defendants*

Peter N. Wasylyk