05-00273
USDCRI
Judge Lisi

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-2402

YEMIN JI, derivatively on behalf of the Nominal Defendant,
KVH Industries, Inc.,

Plaintiff - Appellant,

v.

MARTIN A. KITS VAN HEYNINGEN; PATRICK J. SPRATT;
ROBERT W.B. KITS VAN HEYNINGEN; ARENT H. KITS VAN HEYNINGEN;
MARK S. AIN; STANLEY K. HONEY; BRUCE J. RYAN; CHARLES R.
TRIMBLE,

Defendants - Appellees,

KVH INDUSTRIES, INC.,

Nominal Defendant.

**JUDGMENT**
Entered: January 29, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon stipulation of the parties, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/29/08

By the Court:
Richard Cushing Donovan, Clerk

By ERIC H. DEININGER
Appeals Attorney

[cc: Peter Wasylyk, Esq., William Federman, Esq., Brandon White, Esq., Matthew Baltay, Esq.]